1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  SAMYA BURNEY, Bar #224049
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  FRANK R. AUERBACH

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNIToED STATES OF AMERICA,            )
                                          )  No.  1:09-cr-0158 SMS
12              *Plaintiff,*              )
                                          )  **AMENDED** STIPULATION TO CONTINUE
13       v.                               )  STATUS CONFERENCE HEARING
                                          )
14  FRANK R. AUERBACH,                    )  DATE:  January 14, 2010
                                          )  TIME:  10:00 AM
15              *Defendant.*              )  JUDGE: Honorable Sandra M. Snyder
    _____)

16

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  attorneys of record herein, that the status conference hearing in the above-entitled matter now scheduled

19  for December 3, 2009, **may be continued to January 14, 2010 at 10:00 a.m.**

20       This continuance is requested by counsel for the defendant to allow additional time for defense

21  investigation and further plea negotiation prior to hearing.  The requested continuance will conserve time

22  and resources for both counsel and the court.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: December 2, 2009          /s/ Laurel Jackson Montoya
                                              LAUREN JACKSON MONTOYA
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: December 2, 2009          /s/ Samya Burney
                                              SAMYA BURNEY
                                              Staff Attorney
                                              Attorney for Defendant
                                              Frank Auerbach


## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: December  3 , 2009

                                              /s/ Gary S. Austin
                                              Gary S. Austin, Magistrate Judge
                                              United States District Court