DANIEL J. BRODERICK, Bar #89424
Federal Defender
SAMYA BURNEY, Bar #224049
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANK R. AUERBACH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-0158 SMS |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| FRANK R. AUERBACH, | DATE: February 11, 2010 |
| | TIME: 10:00 AM |
| Defendant. | JUDGE: Honorable Sandra M. Snyder |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-entitled matter now scheduled for January 14, 2010, **may be continued to February 11, 2010 at 10:00 a.m.**

This continuance is requested by counsel for the defendant because Mr. Auerbach had been awaiting a decision from an arbitration hearing regarding the status of his employment with the Internal Revenue Service (IRS) before finalizing plea negotiations in this matter. Mr. Auerbach was notified of the arbitration decision on January 8, 2010, and is currently working out the final details of his employment status with the IRS. The requested continuance should allow him sufficient time to resolve his employment matter and to complete plea negotiations in the instant case prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: January 11, 2010         /s/ James Hering
JAMES HERING
Certified Law Clekt
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: January 11, 2010         /s/ Samya Burney
SAMYA BURNEY
Staff Attorney
Attorney for Defendant
Frank Auerbach

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **January 11, 2010**          /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference;
[Proposed] Order